IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREEM JAMES,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY CORRECTION FACILITY,<br><br>        Defendant. | Civil Action<br>No. 16-6359 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Kareem James seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

    According to the submitted application, Plaintiff earns $1,200 per month and has no monthly expenses. Based on the information provided in the application, Plaintiff can afford to pay the $350 filing fee and $50 administrative fee. If Plaintiff believes the submitted application does not fully represent his financial situation, he may submit a new IFP application for the Court's consideration.

    An appropriate order follows.

| | |
|---|---|
| **October 28, 2016**<br>Date | s/ Jerome B. Simandle<br>JEROME B. SIMANDLE<br>Chief U.S. District Judge |